01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-075 |
| | ) | |
| Plaintiff, | ) | |
| | ) | DETENTION ORDER |
| v. | ) | |
| | ) | |
| SYLVESTER J. ALDERMAN | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:          Felon in Possession of a Firearm

Date of Detention Hearing:    March 14, 2008

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
based upon the factual findings and statement of reasons for detention hereafter set forth, finds
that no condition or combination of conditions which defendant can meet will reasonably assure
the appearance of defendant as required and the safety of other persons and the community.

                FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        1.        Defendant's past criminal history includes multiple robbery charges and at least one
prior firearms offense.  By way of proffer to establish the underlying facts of the instant offense,

DETENTION ORDER                                                      15.13
18 U.S.C. § 3142(i)                                                  Rev. 1/91
PAGE 1

01   the AUSA presented a videotape from a security camera on an apartment building showing the

02   defendant first being assaulted by an individual and then drawing a firearm and pursuing the

03   individual, firing multiple shots after the individual attempted to flee.  The shots were allegedly

04   fired in the vicinity of nearby vehicle traffic and residents of the apartment building.  A 7 year old

05   child suffered a minor injury.  Defendant's past criminal history also shows a number of failures

06   to appear and failures to comply with court orders.

07          2.      Defendant does not have a stable employment history although he proffers the

08   availability of employment with a tree removal business.

09          3.      Defendant poses a risk of danger due to violent criminal history and the nature and

10   circumstances of the current charges.  He poses a risk of nonappearance due to a history of failing

11   to appear and to comply with court orders, lack of stable employment and a history of alcohol and

12   marijuana use.

13          4.      There does not appear to be any condition or combination of conditions that will

14   reasonably assure the defendant's appearance at future Court hearings while addressing the danger

15   to other persons or the community.

16   It is therefore ORDERED:

17          (1)     Defendant shall be detained pending trial and committed to the custody of the

18                  Attorney General for confinement in a correction facility separate, to the extent

19                  practicable, from persons awaiting or serving sentences or being held in custody

20                  pending appeal;

21          (2)     Defendant shall be afforded reasonable opportunity for private consultation with

22                  counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>14th</u> day of March, 2008.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                          15.13
18 U.S.C. § 3142(i)                                                                      Rev. 1/91
PAGE 3